UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| STANLEY TILLMAN, | ) |
| | ) |
| Plaintiff, | ) No. |
| | ) |
| v. | ) Judge |
| | ) |
| MICHAEL WEINSTEIN, M.D., THE | ) Formerly Case No. 14 L 167 |
| OUTREACH COMMUNITY HEALTH | ) Circuit Court of Winnebago County, |
| CENTER, and SUE CHEM, Secretary, | ) Illinois |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:  Thomas A. Klein
Clerk of the Circuit Court
400 West State Street
Rockford, Illinois 61101

Stanley Tillman
Missouri Department of Corrections
Algoa Correction Center
8501 No More Victims Road
Jefferson City, MO 65101

Stanley Tillman
2024 Country Club Road
Alton, Illinois 62002

The United States, by its attorney, Zachary T. Fardon, United States Attorney for the Northern District of Illinois, submits this notice of removal of the above-captioned civil action from the Circuit Court of Winnebago County, Illinois, to the United States District Court, Northern District of Illinois, pursuant to 42 U.S.C. § 233, and in support thereof states the following:

1. On June 4, 2014, plaintiff Stanley Tillman commenced the above civil action alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, The Outreach Community Health Center is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. *See* Exhibit B. In

addition, Michael Weinstein, M.D. and Sue Chem, Secretary were acting within the scope of their employment at The Outreach Community Health Center with respect to the incidents referred to in the complaint. *Id.*

2. This notice of removal is filed in accordance with 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant The Outreach Community Health Center was a private entity receiving grant money from the Public Health Service and that defendants Michael Weinstein, M.D. and Sue Chem, Secretary were acting within the scope of their employment at The Outreach Community Health Center with respect to the incidents referred to in the complaint. Exhibit B.

3. This notice of removal may be filed without bond at any time before trial. 42 U.S.C. § 233(c). Trial has not yet been had in this action.

4. Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 28 U.S.C. § 233(c), this civil action is deemed an action against the United States, and the United States is substituted as the sole federal party defendant in place of defendants The Outreach Community Health Center, Michael Weinstein, M.D., and Sue Chem, Secretary.

WHEREFORE, this action now pending in the Circuit Court of Winnebago County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as the defendant in lieu of The Outreach Community Health Center, Michael Weinstein, M.D., and Sue Chem, Secretary.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Monica V. Mallory
    MONICA V. MALLORY
    Assistant United States Attorney
    327 South Church Street, Suite 3300
    Rockford, Illinois 61101
    (815) 987-4457
    monica.mallory@usdoj.gov